# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIA STERN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC.;<br>DEPUY PRODUCTS, INC.;<br>JOHNSON & JOHNSON<br>SERVICES, INC.; JOHNSON &<br>JOHNSON and DOES 1 through<br>100, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 23-cv-1186-LAB-MMP<br><br>**ORDER OF DISMISSAL [Dkt. 14]** |

On October 13, 2023, the parties filed a Stipulation of Dismissal with Prejudice. (Dkt. 14). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE** in its entirety. Each party shall bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

Dated:  October 18, 2023

_____
**Hon. Larry Alan Burns**
United States District Judge